**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

| | |
|---|---|
| In re:   JUAN CARLOS FALQUEZ, | Chapter 7 |
| | Bankr. No. 21-15426-PDR |
| Debtor._____/ | |
| NATIONWIDE JUDGMENT RECOVERY, INC., | Judge Peter D. Russin |
| Plaintiff, | Adversary No. 21-01280-PDR |
| v. | |
| JUAN CARLOS FALQUEZ<br>aka JUANCARLOS FALQUEZ<br>aka FALQUEZ911, | |
| Defendant._____/ | |

**MOTION TORESESCHDULE STATUS CONFERENCE**

Plaintiff, Nationwide Judgment Recovery, Inc., by and through its undersigned counsel Judgment the court for entry of an order rescheduling Status Conference for a date in January 2022.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

RESPECTFULLY SUBMITTED this December 16, 2021. .

                              Respectfully submitted,
                              SANDLER & SANDLER
                              By M. L. Sandler, P.A.
                              3390 Mary Street
                              Suite 116
                              Miami, FL 33133
                              Tel: 305-379-6655
                              E: Martin@sandler-sandler.com

                              *s/ Martin L. Sandler*

                                        Martin L. Sandler, Esquire
                                        Florida Bar No. 0070370

Dated: December 16, 2021