## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

| | |
|---|---|
| In re:   JUAN CARLOS FALQUEZ, | Chapter 7 |
| | Bankr. No. 21-15426-PDR |
| Debtor._____/ | |
| NATIONWIDE JUDGMENT RECOVERY, INC., | Judge Peter D. Russin |
| Plaintiff, | Adversary No. |
| v. | |
| JUAN CARLOS FALQUEZ aka JUANCARLOS FALQUEZ aka FALQUEZ911, | |
| Defendant._____/ | |

### MOTION TO RESCHEDULE STATUS CONFERENCE

Plaintiff, by undersigned counsel, moves the court to reschedule a Status Conference for a date in January , 2022. :

1.

        Sandler & Sandler
        Attorneys for Plaintiff
        3390 Mary Street, Suite 116
        Miami, FL 33133
        T: 305-379-6655
        E: Martin@sandler-sandler.com

        s/ Martin L. Sandler
        FBN  0070370

.