## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

| | |
|---|---|
| In re:  JUAN CARLOS FALQUEZ | Chapter 7 |
| Debtor. | Bankr. No. 21-15426-PDR |
| _____/ | Adversary No. 21-01280-PDR |
| NATIONWIDE JUDGMENT RECOVERY, INC. | |
| Plaintiff, | |
| v. | |
| JUAN CARLOS FALQUEZ aka JUANCARLOS FALQUEZ aka FALQUEZ911, | |
| Defendant. | |
| _____/ | |

### JOINT NOTICE OF SUBSTITUTION OF COUNSEL

The undersigned attorneys, pursuant to local rule 2091-1(B), request entry of an order authorizing Alison N. Emery to substitute in for Martin L. Sandler as counsel of record for Plaintiff, NATIONWIDE JUDGMENT RECOVERY, INC. Upon entry of an order granting this motion, Alison N. Emery will be counsel of record for NATIONWIDE JUDGMENT RECOVERY, INC., and Martin L. Sandler will be relieved from further responsibility in this case. By signing below, counsel certifies that NATIONWIDE JUDGMENT RECOVERY, INC. has consented to the substitution of counsel and to entry of an order granting this motion.

Dated: December 22, 2021

| | |
|---|---|
| */s/Martin L. Sandler* | */s/Alison N. Emery* |
| SANDLER & SANDLER | EMERY LAW, PLLC |
| 3390 Mary Street, Suite 116 | 5011 Gate Parkway |
| Miami, FL 33133 | Bldg 100, Suite 100 |
| Tel: 305-379-6655 | Jacksonville, FL 32256 |
| martin@sandler-sandler.com | Tel: 904-404-3394 |
| | alison@jaxlawyer.com |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of this Motion has been sent by First Class United States Mail to: Juan Carlos Falquez, 5106 Taft Street, Hollywood, FL 33021 on this 22nd day of December, 2021.

/s/Alison N. Emery, Esquire
EMERY LAW, PLLC
Florida Bar No. 0621641
5011 Gate Parkway
Building 100, Suite 100
Jacksonville, FL 32256
Telephone 904-404-3394
E-mail: alison@jaxlawyer.com